# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EUGENE FRAZER, ) | 1:08-cv-01717 AWI GSA |
| ) | |
| Plaintiff, ) | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| v. ) | |
| TURNING POINT OF CENTRAL CALIFORNIA, INC., UNITED STATES BUREAU OF PRISONS, ) | |
| Defendants. ) | |

    Plaintiff, a federal prisoner proceeding pro se, has filed a civil complaint, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the application submitted by plaintiff is not sufficient in that it does not include a certified copy of his prison trust account statement stating plaintiff's average account balance for the preceding six months or plaintiff's average monthly deposits for the preceding six months. Further, it did not include the required original signature by an authorized officer of the institution of incarceration.

    Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $350.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2. Within **thirty (30) days** of the date of service of this order, plaintiff shall

1

submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action.

      3.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **December 1, 2008**                     **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE