# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL EUGENE FRAZIER, | ) | 1:08-cv-1717 AWI GSA |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 5) |
| | ) | |
| TURNING POINT OF CALIFORNIA, | ) | |
| and UNITED STATES FEDERAL | ) | |
| BUREAU OF PRISONS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff Daniel Eugene Frazer ("Plaintiff")is proceeding pro se and in forma pauperis in this action filed on October 27, 2008.

    On February 25, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to prosecute because he failed to comply with court orders and because he failed to keep the court apprised of his address. The Findings and Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. Plaintiff has not objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 25, 2009, is ADOPTED IN FULL; and

2. The action be DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated: **April 6, 2009**  /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE